### WILLIAM VANDERBUR v. J. D. SCOTT.

At the May Term, 1876, of the Labette district court, *Scott* had judgment against *Vanderbur*, who brings the case here.

*A. H. Ayres*, for plaintiff in error.

*Per Curiam:* The judgment of the district court is reversed, and the case remanded with instructions to sustain the petition in error, and reverse the judgment of the justice of the peace. This decision is made upon the authority of *Larkin v. Taylor*, 5 Kas. 444, and *Scott v. Lingren*, 21 Kas. 184.